IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| OLIVIA RIDENOUR b/n/f <br> JASON RIDENOUR and <br> JASON RIDENOUR, individually, <br><br> Plaintiffs, <br> v. <br><br> ICE FREIGHT, LLC and <br> RADOVIC DJORDJE, <br><br> Defendants. | ) NO._____ <br> ) <br> ) JUDGE_____ <br> ) <br> ) MAGISTRATE JUDGE <br> ) _____ <br> ) <br> ) JURY DEMAND <br> ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendant Ice Freight, LLC ("ICE" or "Defendant"), by counsel, files this Notice of Removal of this action from the Circuit Court in Sevier County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000. The grounds for removal are as follows.

### Procedural Background

1. This action was commenced on or about November 7, 2022 by Plaintiffs' filing of the Complaint in the Circuit Court in Sevier County, Tennessee, case no. 22-CV-676III (the "Complaint"). True and accurate copies of the pleadings served upon ICE in this action are attached as Exhibit A.

2. The Complaint was served on ICE through the Tennessee Secretary of State's office on or about December 2, 2023. On its face, the Complaint seeks damages in the sum of seventy thousand dollars ($70,000). On August 9, 2023, however, counsel for Defendant ICE received a settlement demand package from Plaintiff's counsel significantly above the ad damnum in the Complaint and in excess of the monetary threshold for federal court jurisdiction.

The demand letter from Plaintiffs was the first paper from which it could be ascertained that the amount-in-controversy exceeded the jurisdictional threshold. *See Butler v. Rue*, No. 1:11-CV-09, 2011 U.S. Dist. LEXIS 25127 (E.D. Tenn. Mar. 11, 2011). The Notice of Removal is being filed within thirty (30) days after receipt of the settlement demand that made the case removable and within one year of the commencement of the action; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence and negligence *per se* against defendant Radovic Djordje in operating the vehicle without exercising ordinary and due care, thus leading to Plaintiff Olivia Ridenour's alleged injuries. It contains allegations of vicarious liability against ICE along with a claim of direct negligence against ICE for the entrustment of the vehicle to Mr. Djordje. By way of the settlement demand received recently, and despite the ad damnum in the Complaint, it is clear that the amount in controversy exceeds $75,000, such that this Court has jurisdiction over the matter.

4. Upon information and belief, Plaintiffs are all citizens and residents of the State of Tennessee.

5. ICE is a foreign company organized under the laws of the State of New Jersey with its principal place of business in New Jersey.

6. Defendant Radovic Djordge is a citizen and resident of the State of New Jersey. Mr. Djordge is represented by attorney Eric Burch. Mr. Burch and his client consent to removal.

7. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

2
Case 3:23-cv-00311-TRM-JEM   Document 1   Filed 08/29/23   Page 2 of 4   PageID #: 2

8.  A copy of this Notice of Removal is being served via email on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Sevier County Circuit Court in Sevier County, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

9.  ICE Demands a jury of the maximum number to try this case.

**WHEREFORE,** Defendant Ice Freight, LLC prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Sevier County Circuit Court in Sevierville, Tennessee to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/*Mary Beth White*
Mary Beth White, BPR #24462
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366
mbwhite@lewisthomason.com

Sallie Papajohn Neese, BPR #038748
620 Market Street, Fifth Floor
Knoxville, TN 37902
(865) 546-4646
sneese@lewisthomason.com

*Attorneys for defendant Ice Freight, LLC*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing NOTICE OF REMOVAL has been served on the following counsel of record via email and through the Court's electronic filing system:

    Chris Beavers, Esq.
    BANKS & JONES
    2125 Middlebrook Pike
    Knoxville, TN 37921

    Eric Burch, Esq.
    200 South Woodland Street
    Manchester, TN 37355

This the 29th day of August 2023.

                                            /s/*Mary Beth White*