IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| OLIVIA RIDENOUR b/n/f<br>JASON RIDENOUR and<br>JASON RIDENOUR, individually,<br><br>    Plaintiffs,<br>v.<br><br>ICE FREIGHT, LLC and<br>RADOVIC DJORDJE,<br><br>    Defendants. | )<br>)<br>) NO. 3:23-cv-00311<br>)<br>) JUDGE MCDONOUGH<br>)<br>) MAGISTRATE JUDGE MCCOOK<br>)<br>) JURY DEMAND<br>)<br>) |

## NOTICE OF RESOLUTION

Defendant ICE Freight, LLC, by and through counsel, hereby notifies the Court that all claims asserted by plaintiffs Olivia Ridenour b/n/f Jason Ridenour and Jason Ridenour, individually and against defendants ICE Freight, LLC and Radovic Djordje have been resolved in their entirety. The parties are working to execute all of the paperwork necessary to effectuate the settlement of this matter and anticipate filing a dismissal order within the next thirty (30) days.

    Respectfully submitted,

    LEWIS THOMASON, P.C.

    By:/s/*Mary Beth White*
        Mary Beth White, BPR #24462
        424 Church Street, Suite 2500
        P.O. Box 198615
        Nashville, TN 37219
        (615) 259-1366
        mbwhite@lewisthomason.com

Sallie Papajohn Neese, BPR #038748
620 Market Street, Fifth Floor
Knoxville, TN 37902
(865) 546-4646
sneese@lewisthomason.com

*Attorneys for defendant Ice Freight, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing NOTICE OF RESOLUTION has been served on the following counsel of record via email and through the Court's electronic filing system:

Chris Beavers, Esq.
BANKS & JONES
2125 Middlebrook Pike
Knoxville, TN 37921
chrisbeavers@banksandjones.com

Eric Burch, Esq.
200 South Woodland Street
Manchester, TN 37355
ericburch@mcelaw.com

This the 1st day of December 2023.

/s/*Mary Beth White*