IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| OLIVIA RIDENOUR b/n/f ) <br> JASON RIDENOUR and ) <br> JASON RIDENOUR, individually, ) NO. 3:23-cv-00311 <br> ) <br> Plaintiffs, ) JUDGE MCDONOUGH <br> v. ) <br> ) MAGISTRATE JUDGE MCCOOK <br> ICE FREIGHT, LLC and ) <br> RADOVIC DJORDJE, ) JURY DEMAND <br> ) <br> Defendants. ) | |

## JOINT MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL

Defendants Ice Freight, LLC and Radovic Djordje and plaintiffs Olivia Ridenour b/n/f Jason Ridenour and Jason Ridenour, individually (collectively "the Parties"), by and through their undersigned counsel, state that all issues in this matter have been resolved and request entry of the Agreed Order of Dismissal attached hereto.

This 19th day of December 2023.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: /s/*Mary Beth White*
    Mary Beth White, BPR #24462
    Emily Slass, BPR #039928
    424 Church Street, Suite 2500
    Nashville, TN 37219
    (615) 259-1366
    mbwhite@lewisthomason.com
    eslass@lewisthomason.com

*Attorneys for defendant Ice Freight, LLC*

BANKS AND JONES

By: /s/*Chris Beavers w/permission by Mary Beth White*
Chris Beavers, BPR #025259
2125 Middlebrook Pike
Knoxville, TN 37921
chrisbeavers@banksandjones.com

*Attorneys for plaintiffs Olivia Ridenour b/n/f Jason Ridenour and Jason Ridenour, individually*

MCCARTER EAST, PLLC

By:/s/*Eric J. Burch w/permission by Mary Beth White*
Eric J. Burch, BPR #19320
200 South Woodland Street
Manchester, TN 37355
(931) 723-7997
Eburch@ericjburch.com

*Attorneys for defendant Radovic Djordje*

2

**CERTIFICATE OF SERVICE**

 This is to certify that a true and correct copy of the foregoing JOINT MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL has been served on counsel of record via email and the Court's ECF system as follows:

 Chris Beavers, Esq.
 Banks and Jones
 2125 Middlebrook Pike
 Knoxville, TN 37921
 chrisbeavers@banksandjones.com

 Eric J. Burch, Esq.
 McCarter East, PLLC
 200 South Woodland Street
 Manchester, TN 37355
 eburch@ericjburch.com

This 19th day of December 2023.

              /s/*Mary Beth White*