IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| OLIVIA RIDENOUR b/n/f<br>JASON RIDENOUR and<br>JASON RIDENOUR, individually, | )<br>)<br>) NO. 3:23-cv-00311 |
| Plaintiffs,<br>v. | )<br>) JUDGE MCDONOUGH<br>)<br>) MAGISTRATE JUDGE MCCOOK |
| ICE FREIGHT, LLC and<br>RADOVIC DJORDJE, | )<br>) JURY DEMAND<br>) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

It appearing to the Court as evidenced by the signatures of the respective counsel for the parties appearing below, that plaintiffs Olivia Ridenour b/n/f Jason Ridenour and Jason Ridenour, individually and defendants ICE Freight, LLC and Radovic Djordje have agreed to resolve all matters in controversy in this case and that defendants ICE Freight, LLC and Radovic Djordje are intended to be discharged from any further liability to plaintiffs Olivia Ridenour b/n/f Jason Ridenour and Jason Ridenour, including all subrogation interests, all medical liens, hospital liens, doctor's liens, workers' compensation liens, property damage liens, disability liens, or any other lien of any kind as well as other bills or costs, it is accordingly,

**ORDERED** that defendants ICE Freight, LLC and Radovic Djordje be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to defendants ICE Freight, LLC and Radovic Djordje. Any outstanding costs shall be assessed to defendant Ice Freight, LLC, c/o Mary Beth White, Lewis Thomason, P.C., 424 Church Street, Suite 2500, Nashville, TN 37219.

**BE IT SO ENTERED** this 19th day of December, 2023.

_____
JUDGE